1
2
3
4
5
6             IN THE UNITED STATES DISTRICT COURT
7                  FOR THE DISTRICT OF ARIZONA
8

9  United States of America,         )   06-0275M
                                     )
10           Plaintiff,               )   **MATERIAL WITNESS ORDER**
                                     )
11  vs.                               )
                                     )
12                                    )
    Nathan Pablo, et al,              )
13                                    )
             Defendant.               )
14                                    )
    _____  )
15

16        Defendant(s) Nathan Pablo and Terecita Campillo, having been charged in the
17 District of Arizona with a violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii)
18 and the Court having determined from the affidavit of Senior Patrol Agent, Luis Armendariz,
19 filed in this case, the following person(s) can provide testimony that is material to the
20 offense(s) alleged in the complaint:
21        Isidro Luna-Alvarado
22        The Court finds that it may become impracticable to secure the presence of the
23 witness(es) by subpoena in further proceedings because they are not in the United States
24 legally and have no legal residence or employment in this Country.
25        **IT IS ORDERED** that the witness(es) shall be detained pursuant to 18 USC §
26 3144 in a corrections facility separate, to the extent practicable, from person(s) awaiting or
27
28

1  serving sentences or being held in custody pending appeal.  The witness(es) shall be afforded
2  a reasonable opportunity for private consultation with counsel.
3         DATED this 26th day of July, 2006.

                                _____
                                Virginia A. Mathis
                                United States Magistrate Judge